UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-20100-CR-SEITZ

UNITED STATES OF AMERICA,

        Plaintiff,

v.

LEYANES PLACERES,

        Defendant.
_____/

## ORDER ADOPTING AND AFFIRMING R&R AND ADJUDICATING DEFENDANT GUILTY

This matter came before the Court on the Report and Recommendation (R&R) [DE 834] of the Honorable Andrea M. Simonton recommending that the Defendant Leyanes Placeres's plea of guilty be accepted and Defendant be adjudicated guilty. The Court has reviewed Judge Simonton's R&R and no objections have been filed. Therefore, based on a *de novo* review of the evidence presented, it is hereby

ORDERED that the R&R of Magistrate Judge Simonton is ADOPTED and AFFIRMED, and is made the Order of the District Court:

Defendant Leyanes Placeres's plea of guilty is accepted, and Defendant Placeres is adjudicated guilty as to Counts 1 and 13 of the Indictment.

DONE AND ORDERED in Miami, Florida this 5th day of April, 2012.

                                                  /s/ Patricia A. Seitz
                                                  PATRICIA A. SEITZ
                                                  UNITED STATES DISTRICT JUDGE

Copies to:
All Counsel of Record
Judge Andrea M. Simonton